**Fill in this information to identify the case:**

Debtor 1  RAYMOND MICHAEL CATULLI

Debtor 2  SHARON ANN CATULLI
(Spouse, if filing)

United States Bankruptcy Court for the:  District of Colorado
          (State)

Case number  13-14917-EEB

# Form 4100R

## Response to Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.

| **Part 1:** | **Mortgage Information** |
|---|---|

Name of Creditor:    NATIONSTAR MORTGAGE LLC          Court Claim no. (if known) 25

Last 4 digits of any number you use to identify the debtor's account:   ******2103

Property address:    989 S LOS CHARROS DRIVE
              Number       Street

              PUEBLO WEST, CO 81007
              City           State     Zip Code

| **Part 2:** | **Prepetition Default Payments** |
|---|---|

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:                $0.00

| **Part 3:** | **Postpetition Mortgage Payment** |
|---|---|

*Check One:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor is on:     May 1, 2018
                                      MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

    Creditor asserts that the total amount remaining unpaid as of _ the date of this responses is:

| | |
|---|---|
| a.  Total postpetition ongoing payments due: | (a) $0.00 |
| b.  Total fees, charges, expenses, escrow, and costs outstanding: | (b) $0.00 |
| c.  Suspense | (c) -$0.00 |
| d.  **Total**. Add lines a and b. | (d) $0.00 |

    Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:                          MM / DD / YYYY

| Debtor 1 | RAYMOND MICHAEL CATULLI | | | Case number: | 13-14917 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor may attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

The person completing this notice must sign it.  The response must be filed as a supplement to the creditor's proof of claim..

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| X | _Signature_ | | Date: | 5/17/18 |
|---|---|---|---|---|

| **Print:** | Nicholas H. Santarelli #46592 | | | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Company** | Janeway Law Firm, P.C. |
|---|---|

| **Address** | 9800 S. Meridian Blvd., Suite 400 |
|---|---|
| | Number        Street |
| | Englewood, CO 80112 |
| | City           State        ZIP Code |

| Contact Phone | (303) 706-9990 | | Email | bankruptcy@janewaylaw.com |
|---|---|---|---|---|

Mr. Cooper reviewed the account and found Notices of Payment Change (PCN) were not timely filed and/or delays in performing escrow analyses. A credit of $9,236.35 was applied to account for any untimely PCNs where payments increased and/or a credit of $0.00 to resolve the escrow shortage. The account is current and due for the June 1, 2018 payment.

<u>Certificate of Service</u>

The undersigned hereby certifies that on May 17, 2018 a copy of the attached Response to Final Cure Payment was deposited into U.S. mail in an envelope with prepaid, first class postage and addressed as follows:

RAYMOND MICHAEL CATULLI
P.O. BOX 2249
PUEBLO, CO 81004

SHARON ANN CATULLI
P.O. BOX 2249
PUEBLO, CO 81004

DAVID M. SERAFIN
3773 CHERRY CREEK DR. N.
STE. 575
DENVER, CO 80209

DOUGLAS B. KIEL
Chapter 13 Trustee
4725 S. MONACO ST.
STE 120
DENVER, CO 80237

Amanda Bishop